UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 5:13-CR-20-MTT |
| : | |
| JAMES EDWARD CALLOWAY, and : | VIOLATIONS: |
| DESI SURTANE HANSFORD : | 18 U.S.C. § 666(a)(1)(B) |
| : | 18 U.S.C. § 2 |
| : | |

THE GRAND JURY CHARGES:

## INTRODUCTION

At all times material to this indictment, the City of Forsyth, Georgia was a local government that received Federal assistance in excess of $10,000 during the one-year period beginning January 1, 2012 and ending December 31, 2012.

Defendants were agents of the City Council of the City of Forsyth, Georgia, whose duties as elected officials included presiding over a standing subcommittee responsible for receiving bids and selecting an independent company to administer water and waste management services for the City of Forsyth.

## COUNT ONE

**(Receipt of a Bribe by an Agent of an Organization Receiving Federal Funds)**

Between on or about December 27, 2012, to January 18, 2013, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

JAMES EDWARD CALLOWAY, and
DESI SURTANE HANSFORD

defendants herein, aided and abetted by one another, did corruptly solicit, demand, accept, and agree to accept a thing of value from a person, intending to be influenced and rewarded in connection with a transaction and series of transactions for the City of Forsyth involving $5,000.00 or more, in violation of Title 18, United States Code, Section 666(a)(1)(B) and Title 18, United States Code, Section 2.

### COUNT TWO
**(Receipt of a Bribe by an Agent of an Organization Receiving Federal Funds)**

On or about January 25, 2013, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**JAMES EDWARD CALLOWAY,**

defendant herein, aided and abetted by another person whose identity is known to the Grand Jury, did corruptly solicit, demand, accept, and agree to accept a thing of value from a person, intending to be influenced and rewarded in connection with a transaction and series of transactions of City of Forsyth involving $5,000.00 or more, in violation of Title 18, United States Code, Section 666(a)(1)(B) and Title 18, United States Code, Section 2.

### COUNT THREE
**(Receipt of a Bribe by an Agent of an Organization Receiving Federal Funds)**

On or about March 11, 2013, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**DESI SURTANE HANSFORD,**

defendant herein, aided and abetted by another person whose identity is known to the Grand Jury, did corruptly solicit, demand, accept, and agree to accept a thing of value from a person,

intending to be influenced and rewarded in connection with a transaction and series of transactions of City of Forsyth involving $5,000.00 or more, in violation of Title 18, United States Code, Section 666(a)(1)(B) and Title 18, United States Code, Section 2.

A TRUE BILL.

s/FOREPERSON OF THE GRAND JURY

Presented By:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

SONJA B. PROFIT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 12th day of March, AD 2013.

Deputy Clerk