**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON  DIVISION
AT MACON, GEORGIA**



### MINUTE SHEET
### OF COURT PROCEEDINGS

Date:  March 21, 2013

Type of Hearing:   IA/BOND HRG.

Judge:  CHARLES H. WEIGLE

Court Reporter/Tape #:   FTR Gold

Courtroom Deputy:  Charlene A. Lunsford

Interpreter:  N/A

*Case Number:*  *5:13-CR-00020-001-MTT*

UNITED STATES OF AMERICA

            vs.

AUSA:   Sonja Profit

JAMES EDWARD CALLOWAY

Counsel:   O. Hale Almand, Jr., (Retained)

Agents/Experts in attendance:  Leigh Swicord, USPO

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT  MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT  RECORD.  ATTORNEYS SHOULD CONTACT THE COURT  REPORTER  AND  ORDER  A  TRANSCRIPT  IF  THERE  ARE  ANY  QUESTIONS  AS  TO  THE  CONTENTS HEREIN.*

**I.    INITIAL APPEARANCE/ARRAIGNMENT**          *Time in Court:   5  minutes*

☐  Dft attorney not present.

☐  Standard Pre-trial Order to be e-filed.

☒  Dft advised of charges, rights, and maximum possible penalties.

☐  Notice of Court policy re:  retained counsel to be
   e-filed.

☐  Dft refused to enter plea, NOT GUILTY plea entered by the Court.

☐  Other:

☒  **Initial Appearance Only.**

☐  **Arraignment Only.**

☐  **Both Initial Appearance and Arraignment.**

**II.    BOND/DETENTION**          *Time in Court:   3 minutes*

**Government Motion for Detention:**
☐ Granted    ☐ Denied
      ☐ Order to follow

☒ Bond set at $20,000

    Type:  ☐ Own Recognizance

          ☒ Unsecured

          ☐ Fully Secured

          ☐ Secured by

**Conditions of Release:**
Standards Conditions

☐ Bond Supervision
☐ House Arrest
☐ Surrender Passport
☐ No Firearms
☐ Drug / Alcohol Testing
☐ Electronic Monitoring
☒ Travel Restricted to:St of GA;
supervision for travel purposes only

**Detention Hearing:**
Continued to:
Upon motion of ☐ Govt    ☐ Deft

☐Temporary detention Ordered pending
   hearing
☐ Detention Ordered pending trial

Other:   within 14 days, notification of passport lost paperwork to be presented to USPO

**MINUTE SHEET OF COURT PROCEEDINGS** (Cont'd)

*Case Number:  5:13-CR-00020-001-MTT*

### III.   *RULE  REMOVAL HEARING*                         *Time in Court :*

Initial Appearance hearing held (See I. above)

☐ Dft WAIVED removal hearing:

    ☐ Identify hearing held

    ☐ WAIVER FILED

Identity:  ☐ Established   ☐ Not Established

☐ Dft Advised of Rule 20 (FRCrP) provisions

☐ Bond / Detention hearing held

☐ Dft Ordered removed to:

☐ Subject to satisfying conditions of release

**Preliminary Hearing:**

    ☐ Requested in this district.

    ☐ Held in this district.

    ☐ Requested in charging district.

    ☐ Hearing NOT required.

Other:

### IV.   *PRELIMINARY HEARING*                         *Time in Court :*

☐ Hearing set for:

☐ Hearing WAIVED by Dft – Waiver filed

☐ Hearing held:

☐ Probable cause found

☐ Probable cause NOT found

Other:

### IV.   *PLEA*                         *Time in Court:*

☐ Entered at time of Initial Appearance on:

☐ GUILTY plea entered by Dft

☐ Consent to proceed before Magistrate Judge filed

☐ Plea accepted by Court

☐ Dft to furnish background info to USPO

☐ Dft. To pay MCA of $

☐ Plea NOT accepted by Court

☐ NOT GUILTY plea entered by dft in writing

☐ Jury trial demanded

☐ Right to 30 days to prepare for trial:

    ☐ Waived      ☐ Demanded

☐ Change of Plea of NOT GUILTY entered:

    on:

Other: