IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 5:13-CR-20 (MTT) |
| | : | |
| JAMES EDWARD CALLOWAY | : | |

P L E A

I, JAMES EDWARD CALLOWAY, having been advised of my Constitutional rights and having had the charges herein stated to me in open Court, plead NOT GUILTY to the Indictment in open Court, this 4th day of April, 2013.

_____
JAMES EDWARD CALLOWAY
DEFENDANT

_____
O. HALE ALMAND, JR.
ATTORNEY FOR DEFENDANT

_____
SONJA B. PROFIT
ASSISTANT UNITED STATES ATTORNEY