# AMENDED CRIMINAL PRE-TRIAL CALENDAR
## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

## NOTE NEW DATE AND TIME FOR PRETRIALS!!!

| JUDGE | **MARC T. TREADWELL** | PRE-TRIAL DATE/TIME | **MAY 31, 2013 at 9:30 am** |
|---|---|---|---|
| TRIAL DATE/ TIME/LOCATION | **JUNE 10, 2013 @ 9:00 am** (2 week term) U.S. COURTHOUSE COURTROOM A MACON, GA | LOCATION | U.S. COURTHOUSE COURTROOM A MACON, GA |

*NOTE:  ALL DEFENDANTS MUST BE PRESENT AT ALL PROCEEDINGS!*

**PLEAS WILL BE TAKEN AT PRETRIAL CONFERENCE**

| Style of Case:  USA v. | Case No. | Prosecutor | Defense | Charge | Status |
|---|---|---|---|---|---|
| Michelle Blankenship | 5:12-CR-14-4 | Charles Calhoun | Elizabeth Lane | Narcotics | Cont 4x |
| Shawn Foster Phillips | 5:12-CR-44-1 | Charles Calhoun | Lester Miller | Narcotics | Cont 2x |
| Tyrous Yulantress Brown | 5:12-CR-76-1 | Sonja Profit | Cynthia Roseberry | Firearms | |
| Stephen Edward Dolphus | 5:12-CR-80-1 | Verda Colvin | Catherine Leek | Misprision of a Felony | Cont 1x |
| Daniel Allen Raber, II | 5:12-CR-82-1 | Charles Calhoun | Catherine Leek | Narcotics | Cont 2x |
| James Crutchfield | 5:12-CR-87-1 | Julia Bowen | Doye Green | Firearms | Cont 2x |
| Adam Jasper Denny | 5:12-CR-89-1 | Julia Bowen | Brian Jarrard | Firearms | Cont 1x |
| Tracey McDowell | 5:12-CR-95-1 | Julia Bowen | Tina Hunt | Conspiracy to Defraud the US | Cont 1x |
| Jazmin Hunter | 5:12-CR-97-1 | Julia Bowen | Tina Hunt | Conspiracy to Defraud the US | Cont 1x |
| Pamela Johnson | 5:12-CR-103-1 | Julia Bowen | Tina Hunt | Conspiracy to Defraud the US | Cont 1x |
| Lashaundra Evans | 5:12-CR-105-1 | Julia Bowen | Tina Hunt | Conspiracy to Defraud the US | Cont 1x |
| Kristi Northern | 5:13-CR-2-1 | Julia Bowen | Tina Hunt | Conspiracy to Defraud the US | Cont 1x |
| Cassandra Harris | 5:13-CR-4-1 | Julia Bowen | Tina Hunt | Conspiracy to Defraud the US | Cont 1x |
| Keisha Robinson | 5:13-CR-6-1 | Julia Bowen | Tina Hunt | Conspiracy to Defraud the US | Cont 1x |
| John Edward Baker | 5:13-CR-9-1 | Verda Colvin | Cynthia Roseberry | Firearms | Cont 1x  PTC and Motion to Suppress hrg set 5/29 |
| Michelle Blankenship | 5:13-CR-13-1 | Charles Calhoun | Elizabeth Lane | Conspiracy | |
| James Edward Calloway | 5:13-CR-20-1 | Sonja Profit | O. Hale Almand, Jr. | Receipt of Bribe | |
| Desi Surtane Hansford | 5:13-CR-20-2 | Sonja Profit | Charles Cox | Receipt of Bribe | |
| Paulino Aguilar-Navarette | 5:13-CR-24-1 | Michael Solis | Catherine Leek | Reentry | |

Judge Marc T. Treadwell
Pretrial Calendar
Page 2

| Style of Case: USA v. | Case No. | Prosecutor | Defense | Charge | Status |
|---|---|---|---|---|---|
| Jonathan Paul Goodman | 5:13-CR-26-1 | Julia Bowen | Richard Schrade, Jr. | Firearms | |
| Abel Lopez-Contreras | 5:13-CR-30-1 | Paul McCommon | Michael Chidester | Reentry | |
| George Robert Vito | 5:13-CR-31-1 | Verda Colvin | L. David Wolfe | Bankruptcy Fraud | |
| James Hinton | 5:13-CR-32-1 | Forrest Christian Tona Boyd | L. David Wolfe | Conspiracy Against Rights | |
| Christopher Hall | 5:13-CR-32-2 | Forrest Christian Tona Boyd | Brian Jarrard | Conspiracy Against Rights | |
| Ronald Lach, Jr. | 5:13-CR-32-3 | Forrest Christian Tona Boyd | Catherine Leek | Conspiracy Against Rights | |
| Delton Rushin | 5:13-CR-32-4 | Forrest Christian Tona Boyd | John Fox | Conspiracy Against Rights | |
| Kerry Bolden | 5:13-CR-32-5 | Forrest Christian Tona Boyd | Maria M. Fuller Clarence Cuthbert, Jr. | Conspiracy Against Rights | |
| Derrick Wimbush | 5:13-CR-32-6 | Forrest Christian Tona Boyd | Frank Hogue | Conspiracy Against Rights | |
| Kadarius Thomas | 5:13-CR-32-7 | Forrest Christian Tona Boyd | Don Johstono | Conspiracy Against Rights | |
| Tyler Griffin | 5:13-CR-32-8 | Forrest Christian Tona Boyd | Page Pate | Conspiracy Against Rights | |

***ANY PARTY REQUESTING A CONTINUANCE MUST DO SO IN WRITING WITHIN FIVE (5) DAYS OF RECEIPT OF THIS NOTICE BY FILING A SEPARATE MOTION, STATING THE REASON THEREFOR (WITH NOTICE TO OPPOSING COUNSEL, UNLESS IT IS A JOINT MOTION).  OTHERWISE, COUNSEL SHALL APPEAR AT THE PRETRIAL CONFERENCE TO REQUEST A CONTINUANCE.***

*DEFENSE COUNSEL MUST NOTIFY ANY DEFENDANT NOT IN CUSTODY OF THE DATE, TIME AND LOCATION OF THE TRIAL OF THE CASE.*

*DEFENSE COUNSEL SHALL NOTIFY THE UNDERSIGNED **IMMEDIATELY UPON RECEIPT OF THIS NOTICE** OF ANY DEFENDANT WHO IS NOT SUFFICIENTLY PROFICIENT IN THE ENGLISH LANGUAGE SO AS TO NEED AN INTERPRETER TO AID COUNSEL AND FOR COURT PROCEEDINGS.*

*COUNSEL SHALL FILE THEIR PROPOSED VOIR DIRE QUESTIONS AND PROPOSED REQUESTS TO CHARGE NOT LATER THAN SEVEN DAYS PRIOR TO THE FIRST DAY OF THE TRIAL TERM.  OBJECTIONS TO PROPOSED VOIR DIRE QUESTIONS AND PROPOSED REQUESTS TO CHARGE MAY BE FILED NOT LATER THAN FIVE DAYS PRIOR TO THE FIRST DAY OF THE TRIAL TERM.*

*IF COUNSEL IS DELAYED ON THE WAY TO TRIAL, IT IS THE RESPONSIBILITY OF COUNSEL TO CONTACT EITHER THE JUDGE'S OFFICE OR THE UNDERSIGNED TO NOTIFY THE COURT THEY ARE DELAYED AND APPROXIMATELY WHEN THEY WILL ARRIVE.*

*COPIES OF JUROR QUESTIONNAIRES ARE AVAILABLE IN THE CLERK'S OFFICE. IT IS THE RESPONSIBILITY OF EACH ATTORNEY TO REVIEW THESE QUESTIONNAIRES PRIOR TO TRIAL.*

Judge Marc T. Treadwell
Pretrial Calendar
Page 3

**CERTIFICATION:   I hereby certify that I have served a copy of the above calendar to all counsel of record, the jury administrator, U.S. Attorney's office, U.S. Probation Office, U.S. Marshal Service, and Court Security this 31st day of May, 2013.**

<u>*S/ Teri L. Hatcher*</u>
*Teri L. Hatcher*
***Courtroom Deputy/Calendar Clerk for
Judge Marc T. Treadwell***