IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| vs. | : CASE NO.: 5:13-CR-20-MTT |
| | : |
| JAMES EDWARD CALLOWAY | : VIOLATIONS: 18 U.S.C. § 666(a)(1)(B) |
| | :                  18 U.S.C. § 2 |
| | : |
| Defendant | : |
| _____ | : |
| | : |

## ENTRY OF APPEARANCE

PLEASE NOTE the entry of the appearance of Floyd M. Buford, Jr., as counsel of record for the defendant, James Edward Calloway.

This the 6th day of August, 2013.

s/ Floyd M. Buford, Jr.
Floyd M. Buford, Jr.,
Counsel for defendant

136 College Street
Post Office Box 4747
Macon, Georgia 31208
(478) 742-3605
State Bar No.: 093805

## CERTIFICATE OF SERVICE

I, Floyd M. Buford, Jr., attorney for James Edward Calloway, do hereby certify that I have served a copy of the foregoing Entry of Appearance upon the Clerk of the United States District Court for the Middle District of Georgia using the CM/ECF system and upon Ms. Sonja B. Profit, Assistant United States Attorney, by using the CM/ECF system.

This the 6th day of August, 2013.

s/ Floyd M. Buford, Jr.
Floyd M. Buford, Jr.
Counsel for Defendant,
James Edward Calloway