IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| vs. | : DOCKET NO.: 5:13CR00020-001 |
| | : |
| JAMES EDWARD CALLOWAY, | : |
| | : |
| Defendant | : |
| _____ | : |

**NO OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**

COMES NOW, James Edward Calloway, defendant in the above-captioned case, by and through his counsel of record, Floyd M. Buford, Jr., and states that the defendant has no objections to the Presentence Investigation Report dated October 22, 2013.

This the 4th day of November, 2013.

                                                                                       s/Floyd M. Buford, Jr.
                                                                                        Floyd M. Buford, Jr.,
                                                                                        Counsel for defendant

136 College Street
Post Office Box 4747
Macon, Georgia 31208
(478) 742-3605
State Bar No.: 093805

## CERTIFICATE OF SERVICE

I, Floyd M. Buford, Jr., attorney for defendant, James Edward Calloway, do hereby certify that I have served a copy of the foregoing No Objections to the Presentence Investigation Report upon Ms. Sonja B. Profit, Assistant United States Attorney and Barry W. Stapleton, United States Probation Officer, by using the CM/ECF System.

This the 4th day of November, 2013.

s/Floyd M. Buford, Jr.
Floyd M. Buford, Jr.
Counsel for Defendant,
James Edward Calloway